UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:<br><br>CHAPIN CENTER RE LLC<br><br>Debtor | Chapter 7, No. 23-20136-EDK |

**DD DEVELOPMENT, LLC'S HIGHER OFFER TO PURCHASE
IN RESPONSE TO OFFER FROM BOCA HEALTH, LLC**

DD Development, LLC, a Massachusetts limited liability company with a principal place of business at 851 East Columbus Avenue, Springfield, MA 0115 hereby increases the amount it will pay for the purchased of the bankruptcy estates interest in the real property at 200 Kendall Street, Springfield, Massachusetts (the "Property"), the same property described in the Trustee's Notice of Intended Private Sale of Property, Solicitation of Counteroffers, which has been filed previously with this Court, to $2,260,000.00, upon the same terms and conditions Real Estate Purchase and Sale Contract which was executed on October 12, 2023 by DD Development, LLC and the Gary M. Weiner, Esq., Bankruptcy Trustee for the Estate of Chapin Center RE, LLC (the "Bankruptcy Trustee") and previously filed with this Court.

DD Development, LLC has forwarded a bank check for an additional deposit of $25,000.00 to the Bankruptcy Trustee.

The principal member of DD Development, LLC, Dinesh Patel, is extremely active in the business community in Springfield, Massachusetts. He is part of the ownership group and managing partner of Tower Square, the 28 story office complex and hotel in downtown Springfield as well as an owner/partner of the Springfield Thunderbirds, a minor league ice hockey team in the American Hockey League.

DD DEVELOPMENT, LLC.
By its attorney

*[signature]*

Michael P. Ryan, Esq. BBO# 555420
Katherine R. Parsons, Bar No. 657280
CREVIER & RYAN, LLP
1500 Main Street, Suite 2316
P.O. Box 15727
Springfield, MA 01115-5727
(413) 787-2400 (phone)
(413) 781-8235 (fax)
MRyan@crevierandryan.com

## **CERTIFICATION**

I, Michael P. Ryan, Esq., hereby certify that on December 12, 2023 a copy of the foregoing Offer to Purchase in Response to Offer from Boca Health, LLC was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*[signature]*

Michael P. Ryan, Esq.



**Westfield Bank**
Westfield, MA 01085

9526

53-211

## TREASURERS CHECK

Date December 12, 2023

Pay to the Order of  Gary M Weiner

Amount  $ ******25,000.00

Twenty-Five Thousand and 00/100************************************ DOLLARS

Memo: Trustee for the Estate of Chapin Center

Authorized Signature

⑈009526⑈ ⑆211871604⑆ 1000000693⑈

## TREASURERS CHECK
### CUSTOMER COPY

| Pay To The Order Of | Check No. | Date | Check Amount |
|---|---|---|---|
| Gary M Weiner | 9526 | 12-12-2023 | ******25,000.00 |
| **Memo** | **Account Number** | **Transaction Description** | |
| Trustee for the Estate of Chapin Center | 6050022190 | | |

NON-NEGOTIABLE