UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:                                     ) | Chapter 7, No. 23-20136-EDK |
|                                            ) | |
| CHAPIN CENTER RE LLC              ) | |
|                                            ) | |
| Debtor                                ) | |

## *DD DEVELOPMENT, LLC'S MOTION TO ALLOW BREAK-UP FEE*

To the Honorable Elizabeth D. Katz, U.S. Bankruptcy Judge:

Now comes DD Development, LLC, a Massachusetts limited liability company with a principal place of business at 851 East Columbus Avenue, Springfield, MA 01105 ("DD Development"), by and through its counsel, and moves this Honorable Court for the granting of a break-up fee pursuant to MLBR 6004-1 (c)(2)(B)(i).

In Support of this Motion, DD Development respectfully represents:

1. On April 13, 2023, Chapin Center Re LLC, ("Debtor") filed a Chapter 7 bankruptcy petition with this Court.

2. On April 13, 2023, Gary M. Weiner (the "Trustee") was appointed as the Chapter 7 Trustee in this case and that he is the duly appointed, qualified and acting Trustee in Bankruptcy in the above entitled proceedings.

3. On or about October 12, 2023, the Trustee and DD Development, LLC executed a Purchase and Sale agreement ("P&S") pertaining to the real property belonging to the bankruptcy estate (the "Estate"), located at 200 Kendall Street, Springfield, Massachusetts (the "Real Property").

4. On November 4, 2023, the Trustee filed a Motion for Order Approving Private Sale of

the Real Property to D&D Development, LLC (the "Purchaser") for the sum of $2,150,000.00 pursuant to the terms of the P&S and 11 U.S.C. § 363(B) And (F).

5.  Paragraph 22 of the Trustee's Motion stated that the "Purchaser is also requiring a breakup fee to cover the costs of his due diligence for out of pocket expenses incurred as part of his due diligence.

6.  The Court allowed the Trustee's Motion and set December 12, 2023 at 4:00 p.m., as the date by which objections and/or higher offers must be made.

7.  On December 12, 2023, Boca Health, LLC filed its CounterOffer and Higher Offer to Purchase with this Court whereby it offered to purchase the Real Property for the total sum of $2,257,500.00.

8.  Following a hearing on the Trustee's Motion on December 19, 2023, the Court (Katz, J.) ordered that the Trustee's Sale Motion shall and hereby is allowed and the Trustee is authorized to sell the Bankruptcy Estate's interest in the Real Property to Boca Health, LLC or its Nominee for the sum of $2,562,000.00 on or before March 4, 2024.

9.  The Trustee did close on the sale of the Real Property to Boca Health, LLC on March 4, 2024.

10. Given that the sale to Boca Health, LLC has closed in accordance with the Court's order, DD Development now respectfully requests that the Court allow the break-up fee in the amount of $40,330.00 to be paid on a first priority basis from the sale of the Real Property for out of pocket expenses incurred as part of its due diligence as set forth below and as more particularly described on the invoices attached hereto as Exhibits 1, 2, 3, 4, 5, and 6:

1.  Phase Zero review (includes MEP review):   $13,450.00
2.  M. Croach engineering:                     $3,680.00
3.  D. Patel (84 hours at $125/hr):            $10,500.00
4.  Appraisal:                                 $3,500.00
5.  F. Quigley – consulting:                   $2,700.00
6.  Crevier & Ryan, LLP -legal:                $6,500.00

**WHEREFORE**, DD Development, LLC respectfully requests that this Court enter an

Order:

1.  Allowing the Break-Up fee in the amount of $42,830.00 pursuant to MLBR 6004-1 (c)(2)(B)(i);

2.  Authorizing the break-up fee to be paid on a first priority basis from the sale of the Real Property; and

3.  Granting such other and further relief as this Court deems just and proper.

DD DEVELOPMENT, LLC
By its attorney:

Michael P. Ryan, Esq. BBO# 555420
CREVIER & RYAN, LLP
1500 Main Street, Suite 2316
P.O. Box 15727
Springfield, MA 01115-5727
(413) 787-2400 (phone)
(413) 781-8235 (fax)
MRyan@crevierandryan.com
Date:  March __, 2024

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| In Re: | ) | Chapter 7, No. 23-20136-EDK |
|  | ) |  |
| CHAPIN CENTER RE LLC | ) |  |
|  | ) |  |
| Debtor | ) |  |
|  | ) |  |

<u>CERTIFICATE OF SERVICE</u>

    I, Michael P. Ryan, Esq., do hereby certify that on April 4, 2024, a copy of the foregoing Motion to Allow Break-up Fee was mailed via electronic and/or first class mail, postage pre-paid, to the following:

Office of the U.S. Trustee
Richard King, Esq.
446 Main Street,14th floor
Worcester, MA01608

Gary M. Weiner, Esq., Trustee
Robert Givern, Esq.
1441 Main Street, Suite 610
Springfield, MA 01144

Jonathan Horne, Esq.
Murtha Cullina
33 Arch Street, 12th floor
Boston, MA 02110

Stephen E. Meunier, Esq.
U.S. Trustee's Office
446 Main Street, 14th floor
Worcester, MA01608

_____
Michael P. Ryan, Esq.



Phase Zero Design is pleased to provide **DD Development** the following proposal for Architectural Design Services for the above referenced project. For reference, Phase Zero Design Corp., hereinafter will be referred to as the "Architect/Engineer," and **DD Development**, hereinafter will be referred to as the "Client."

PROJECT DESCRIPTION & SCOPE OF WORK

The Architect understands the project scope of work includes the repositioning of Chapin Center, a former 56 room, 160 bed skilled nursing facility in Springfield, MA, to residential apartments. Under this agreement, the 49,935 SF building will be surveyed, and laser scanned, to develop existing conditions drawings that will be used to create a proposed layout for future conversion to residential apartments. The design effort will include expansion of the existing restrooms, creating individual apartments with kitchenettes, and conversion of support spaces to develop additional apartment spaces. The intent of this design phase is to maximize the apartment unit count to understand conversion costs and efforts.

The work developed under this phase will be schematic in nature and suitable to obtain preliminary pricing from local contractors. Additional work may be required to develop construction documents of the proposed improvements, including mechanical, electrical, plumbing and fire protection/ life safety improvements and structural/ civil engineering for site and building work. Once a design direction is selected, the Design Team will provide additional services to complete the above under a separate proposal.

*Design Team*

The Architects Design Team will solely include the Architect at this time who will be responsible for producing the building design documents to be reviewed by the Client. At this time, consultants for engineering of Structural, Mechanical, Electrical, and/or Plumbing Systems are excluded from this proposal.

*Client Consultants*

The Architect shall coordinate its services with those services provided by the Client and the Client's consultants. The Architect shall be entitled to rely on, and shall not be responsible for, the accuracy, completeness, and timeliness of, services and information furnished by the Client and/or the Client's consultants.

If required to complete the project, the Client shall be responsible to retain the necessary consultants to perform the following, but not limited to, tasks as needed to assist the Architect to complete the project scope and a comprehensive project:

- Surveyor, Civil Engineering, Landscape Architecture, Traffic Engineering
- Environmentalist/ Hazardous Materials Identification
- Special Inspections
- Acoustician
- Telecommunications/Data Design
- Audio Visual Design
- Security Systems Design
- Signage Design
- Fixtures, Furniture, & Equipment selections
- Land Use Attorney

PROJECT ASSUMPTIONS & CLARIFICATIONS

The following is a list of assumptions and clarifications on which the proposal is based:

- The Architect scope of services is limited to that noted herein.
- All project specifications will be listed on the construction drawings, a project manual will not be provided.

**ARCHITECTURE | INTERIOR DESIGN | PLANNING**
Hingham, MA | Simsbury, CT | Cary, NC
www.phasezerodesign.com

2 | PAGE
CHAPIN CENTER REPOSITIONING PROJECT – SURVEY + SD PHASES
200 KENDALL STREET, SPRINGFIELD, MA  01104



- There is adequate power, water, and sanitary available within the existing building to support the proposed renovation. No engineering will be required for new site utility services to the building.
- The building will not require a generator hook-up.
- All the prospective tenants' prototype architectural and engineering drawings and specifications and project specific fixture/layout plans are available to the Architect/Engineer.
- Client Consultants noted above will be managed directly by the Client and coordinated with the Architect as needed.
- The site/civil engineering, site plan approval, zoning approval process, and design review process are managed directly by the Client. All permits, apart from building permits, have been received. If required, drawing preparation and/or meeting attendance at permit meetings, other than building permit meetings, will be completed as an Additional Service.
- The Client will contract with a construction manager for pre-construction consulting, scheduling, and estimating services on which services the Architect would be entitled to rely for budget confirmation. As such, the Architect will not provide construction estimating or determination of probable cost.
- All previous design documents, design studies, permit meeting notes, permit resolutions, design approvals, etc. and all other documents pertaining to the project prior to the Architect initiating services are available to the Architect at the outset of the project.
- All design review meetings regarding the overall building design, coordination and the individual tenant prototype designs will be held in the Client's or Architect/Engineer's office.

## SCOPE OF BASIC SERVICES / PROJECT PHASES

To complete the scope of work identified above, the Architect will complete the following project Phases:

- Pre-Design / Programming
- Schematic Design

Each Phase has been defined below with an anticipated meeting attendance for coordination of each task.

### Pre-Design / Programming

Prior to beginning building design, the architect shall prepare field work and research.

- Develop an understanding of the existing conditions. The Architect shall gain access to the existing building and complete a field survey (laser and Mattaport scan) of the building's existing exterior and interior conditions. All survey information will be used to develop as-built drawings of the entire building. Information pertaining to, but not limited to, will be gathered for the walls, doors, windows, as well as outlining structural and MEP systems where visible.
- The roof layout will be surveyed, if safe access is available, to identify roof top utilities where needed for the proposed design.
  *Note:*
  o *The existing conditions survey is a visual observation only and excludes destructive demolition to uncover otherwise unforeseen conditions, excludes the removal of electrical panel covers, and any other effort that would be otherwise hazardous or present a life safety issue to the survey team.*
  o *All fieldwork shall be performed during normal business hours, Monday thru Friday, between the hours of 8:30am and 5:30pm.*
  o *If necessary, the removal of finishes to expose the existing structure and associated repairs are not included in this proposal and are the responsibility of Others.*
  o *Any equipment required to survey the existing structure, such as a mechanical lift shall be provided and compensated for by Others.*
- Research existing available as-built drawings provided by the Client to include within as-built drawings of the project scope area.

**ARCHITECTURE | INTERIOR DESIGN | PLANNING**
Hingham, MA | Simsbury, CT | Cary, NC
www.phasezerodesign.com

3 | PAGE
CHAPIN CENTER REPOSITIONING PROJECT – SURVEY + SD PHASES
200 KENDALL STREET, SPRINGFIELD, MA  01104



- Perform a code study/analysis of the existing space to be renovated. The Architect shall promptly inform the Client of any code, ADA, or Life Safety issues uncovered during this Pre-Design / Programming effort.
- Review general building/Zoning code requirements to be implemented into the design.
- Review Code, ADA and Life Safety requirements to convert the building to residential apartments.

**Phase Deliverables**

- **One (1)** field survey of site attended by the Architect/Engineer.
- Existing Conditions Building Plans.

*Schematic Design*

During the schematic design phase, the Architect will develop the initial design concept with the client. This design will be based on Program requirements determined above and will be focused on maximizing the number of units, while developing an efficient and cost-effective design solution. Where possible, existing walls, doors, finishes, and other interior features will be restored and reused.

**Phase Deliverables**

- Attendance(s) for a Schematic Design Review Meeting at the Client's office attended by the Architect/Engineer, or via video conferencing platform, as required.
- Schematic floor plan(s) and elevation(s).
- **One (1)** Design concept board of finish/color palette and exterior materials.
- Precedent reference images for an initial style analysis.
- **Three (3)** Photo realistic renderings of the proposed plan improvements (Note: Additional renderings or multiple revisions to renderings, if required, will be invoiced hourly as an additional service).
- **Coordination as required** with an area contractor to assist in pricing the proposed improvements.

PROJECT EXCLUSIONS

The following are exclusions that are not included in the scope of this proposal; however, these items can be included by written request from the Client:

- Landscape Architecture, Civil Engineering.
- Project master planning/feasibility services.
- Property Survey, Traffic Study & State Traffic Commission Approvals, Parking Study, Wet Land's Mapping and Wetlands Commission approvals.
- Scope of work five (5) feet outside of building envelop, Off-site Architect services.
- Structural Engineering, Geotechnical soil borings and analysis, Statement of Special Inspections form, coordination, and tests.
- Mechanical, Electrical, Plumbing, Fire Protection/Alarm Engineering, Structural Engineering, and calculations for cold formed metal framing.
- Services associated with a "fire pump".
- Design of generator and associated power distribution.
- IT, Tele/Data, Audiovisual design, and engineering.
- Identification and removal of hazardous materials.
- Evaluation of various energy conservation measures, alternate fuels, life cycle Analysis, or utility company rebate programs.
- Construction Documents, Bidding, and Construction Administration Services.
- Pre-bid meetings and interviews with contractors and subcontractors to review bids.
- Full time on-site Architect's representative.
- Services for means, methods, and techniques of the Contractor, including but not limited to safety, shoring or scaffolding design or placement (by Contractor).
- Preparation or maintenance of as-built drawings.



- Threshold or special jurisdictional construction inspection, if required,
- Construction budget pricing, line item estimating, project costing, quantity takeoffs, and preparation of drawings and specifications specifically for budget estimates,
- Preparation of documents for bidding or pricing alternative materials, systems, etc.,
- Value Engineering of the design,
- Preparation and review of exhibits, certificates, letters of consent, questionnaires, and similar documents for purposes such as acquiring interim and permanent financing,
- Fixture, Furniture, and Equipment design and selection,
- Invasive and/or destructive field survey investigations,
- Fast-tracking of contract documents,
- Entitlement Permitting, Zoning Board of Appeals Approvals, Land Use Approvals. Note: All permits are activities excluded from this proposal,
- Design and development of Signage, Directories, Graphics, Logos, and/or Branding,
- Expense of the reasonable fees of Architect/Engineer's counsel incurred in the preparation and review of exhibits, certificates, contracts, questionnaires, and similar documents in connection with the Project.

**ARCHITECTURE | INTERIOR DESIGN | PLANNING**
Hingham, MA | Simsbury, CT | Cary, NC
www.phasezerodesign.com

5 | PAGE
CHAPIN CENTER REPOSITIONING PROJECT – SURVEY + SD PHASES
200 KENDALL STREET, SPRINGFIELD, MA  01104

PHASE ZERO
**DESIGN**

## COMPENSATION

Compensation for all Architect services outlined as Phases under, "BASIC SERVICES, shall be in amounts equal to the following:

| | |
|---|---|
| *Pre-Design / Programming* (LUMP SUM) | $8,950.00 |
| *Schematic Design* (ALLOWANCE) | $4,500.00 |
| TOTAL | $13,450.00 |

All fees shall be Lump Sum unless otherwise noted. All fees noted as an Allowance or Hourly shall be invoiced to the Client as hourly services following the Architect's Hourly Rate Schedule as provided herewith. The Architect shall only invoice for the actual hours worked on the project. Invoices shall be issued by the Architect at the completion of each project milestone or at the end of each month, whichever milestone is reached first. Should the efforts of the Architect be more than the amounts noted as an Allowance, the Client agrees to pay in full for any overages for services to complete the noted scope of work.

## REIMBURSABLE EXPENSES

Items which are reimbursable to the Architect and their consultants, and payable over and above the Architect/Engineer's fee, are all the out-of-pocket expenses of the Architect incurred in connection with the services provided hereunder, including, without limitation, the following:

- Expense of transportation in connection with the Project; living expenses in connection with out-of-town travel; long distance communications; and fees paid for securing approval of authorities having jurisdiction over the Project.
- Expense of reproductions, postage, handling, shipping and delivery of drawings, specifications, and other documents.
- Expense of photographs, renderings, models, mock-ups, or other presentation materials requested by the Client.
- Expenses for the services of consultants not otherwise included herein, or expenses of consultants to complete additional services requests.

Reimbursable expenses are not included in the Compensation listed above and shall be reimbursed at a rate of 1.15 times actual costs.

**ARCHITECTURE | INTERIOR DESIGN | PLANNING**
Hingham, MA | Simsbury, CT | Cary, NC
www.phasezerodesign.com

6 | PAGE
CHAPIN CENTER REPOSITIONING PROJECT – SURVEY + SD PHASES
200 KENDALL STREET, SPRINGFIELD, MA  01104



ADDITIONAL SERVICES

Items to be considered as Additional Services, when performed at Client's request, include any other services beyond the scope of Basic Services contained herein that are provided by the Architect at the request of the Client. This includes, but is not limited to, changes to the Project Description & Scope of work, Basic Services, and anticipated meeting attendance as noted above

For all Architect services identified as an hourly service and/or services outlined under, "ADDITIONAL SERVICES," fees will be based upon Time Charges. Time Charges shall be defined as a sum equal to the hours worked on the project times an employee's billing rate.

Hourly Rate Schedule:

| DISCIPLINE | RATE $/HOUR* |
|---|---|
| Architectural Principal | 225.00 |
| Architectural Associate Principal | 175.00 |
| Architectural Project Manager 2 | 175.00 |
| Architectural Project Manager 1 | 150.00 |
| Architectural Project Architect | 135.00 |
| Architectural Project Coordinator 3 | 125.00 |
| Architectural Project Coordinator 2 | 110.00 |
| Architectural Project Coordinator 1 | 90.00 |
| Architectural Designer 3 | 110.00 |
| Architectural Designer 2 | 95.00 |
| Architectural Designer 1 | 85.00 |
| Senior Interior Designer | 150.00 |
| Interior Designer 2 | 110.00 |
| Interior Designer 1 | 85.00 |
| Structural Principal | 250.00 |
| Structural Project Manager | 175.00 |
| Structural Senior Engineer | 150.00 |
| Structural Engineer | 135.00 |
| MEP / FP Principal | 225.00 |
| MEP / FP Engineer | 175.00 |
| MEP / FP Staff Engineer | 150.00 |
| MEP / FP Technician | 125.00 |
| Specifications Writer | 100.00 |

*The above hourly rates are subject to change without notice. Please verify current rates.*



Please acknowledge that the foregoing and the Statement of Terms and Conditions accurately reflect our understanding and agreement by signing below and returning this Agreement to the Architect/Engineer's attention. We appreciate the opportunity to work as your design consultants on this exciting project and look forward to working with you and your team.

Very truly yours,                                   Acknowledged and agreed,

Phase Zero Design Corp                              DD Delip over Lle
_____                            _____
Company                                            Company

Matthew D. Wittmer, AIA, LEED-AP                   Dinest Saini
_____                            _____
Name                                               Name

_____                            _____
Signature                                          Signature

Principal                                          Managar
_____                            _____
Title                                              Title

November 7, 2023                                   11-30-22
_____                            _____
Date                                               Date

Phase Zero Design Offices:

Hingham:                    Simsbury:                    Cary:
35 Pond Park Road, Bay 16   8 Wilcox Street              128 Towerview Court, Suite 123
Hingham, MA 02043           Simsbury, CT 06070           Cary, NC 27513
781-452-7121                860-264-1624                 919-800-0997

**ARCHITECTURE | INTERIOR DESIGN | PLANNING**                              8 | PAGE
**Hingham, MA | Simsbury, CT | Cary, NC**        CHAPIN CENTER REPOSITIONING PROJECT – SURVEY + SD PHASES
www.phasezerodesign.com                          200 KENDALL STREET, SPRINGFIELD, MA  01104

# Invoice

**3/21/24**



Invoice no.: 2023A - Dinesh Patel Developer/Contractor
Terms: Net 30
Invoice date: 3/21/2024
Due Date: 4/20/2024

**For:**
Work performed @ Chapin Center Springfield

| Date: | Product or Services | QTY | Rate | Amount |
|---|---|---|---|---|
| Oct-Dec 2023 | Labor Rate | 84 | $125 | $10500 |
| | | | Total | $10500 |

**Make check Payable to**
DD Development
Dinesh Patel
PO Box 15588
Springfield Ma 01115

## Fwd: Appraisal & Environmental Screen Fee

**Glanee Patel** <glaneep@yahoo.com>
Fri 3/22/2024 3:54 PM
To:Dinesh Patel <dpatel@towersquare.net>

Sent from my iPhone

Begin forwarded message:

> **From:** Aaron Goodman <agoodman@banknewvalley.com>
> **Date:** December 22, 2023 at 1:59:33 PM EST
> **To:** Dinesh Patel <glaneep@yahoo.com>
> **Cc:** Loan Servicing <loanservicing@banknewvalley.com>
> **Subject: Appraisal & Environmental Screen Fee**

Dinesh,

As we discussed, I am requesting permission for us to deduct the $3,500 appraisal fee and $2,500 environmental screen directly from your personal APEX Money Market Account ending in *520 that is held jointly with Glanee Patel. Total would be $6,000.

Thank you very much for your help and happy holidays to you and your family.

Aaron Goodman
VP / Commercial Lender, Shareholder

New Valley Bank & Trust
One Monarch Place
Springfield, MA 01144
M: 860-214-8510



in f y o

Voted Best Bank:



# INVOICE



Project Management
www.fdquig.com

**FD Quigley & Associates**
12 High Pine Cir
Wilbraham, MA 01095

fquigley@fdquig.com
+1 (413) 388-0076
http://www.fdquig.com

Patel & Patel

**Bill to**
Dinesh Patel
Tower Square
1500 Main Street
Springfield, MA 01115

**Ship to**
Chapin Center
Kendall Street
Springfield, MA

**Invoice details**
Invoice no.: 2103
Terms: Due on receipt
Invoice date: 03/22/2024

Project: Chapin Center
Reference: Due Diligence investigation
Reference: Due Diligence investigation

| # | Date | Product or service | SKU | Qty | Rate | Amount |
|---|------|-------------------|-----|-----|------|--------|
| 1. | 10/02/2023 | **Due-Diligence** | | 1 | $1,000.00 | $1,000.00 |
| | | Due-Diligence services for the development and construction renovation of existing nursing home for conversion to apartments meeting on site with Dinesh Patel Purpose of meeting was to walk the building and site | | | | |
| 2. | 11/14/2023 | **Due-Diligence** | | 1 | $1,300.00 | $1,300.00 |
| | | Due-Diligence services for the development and construction renovation of existing nursing home for conversion to apartments meeting on site with Dinesh Patel and Architect Matt Wittmer of Phase Zero Design. Purpose of meeting was to walk the building and site and record conditions. Within the building investigation of existing utilities with regards to electrical service, gas service water and sewer service. Obtain each floor and room measurements. Discuss hope to create full toilet room with shower for each room. | | | | |
| 3. | 11/28/2023 | **Due-Diligence** | | 1 | $400.00 | $400.00 |
| | | Due-Diligence services for the development and construction renovation of existing nursing home for conversion to apartments meeting with the City of Springfield Building Department to investigate permitting process and what public hearing if any would be required | | | | |

| | | |
|---|---|---|
| | **Total** | **$2,700.00** |

# Crevier & Ryan, LLP

1500 Main Street
Suite 2316
Springfield, MA 01115-5727

Tax Identification Number: 04-3374820

Telephone: (413) 787-2400

Fax Number: (413) 781-8235

Dinesh Patel
1500 Main Street
Springfield, MA 01115

December 22, 2023

In Reference To:    Kendall Avenue

Our File Number:  2148.011

Invoice Number:    12810

---

### Bill for Legal Fees and Expenses

| | |
|---|---|
| Total Charges This Period | $6,500.00 |
| Previous Balance | $0.00 |
| Payments - Thank You | $0.00 |
| Total Currently Due | $6,500.00 |