# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# WESTERN DIVISION

| | |
|---|---|
| **In re:** | Chapter 7 |
| | Case No.: 23-30136-EDK |
| **CHAPIN CENTER RE LLC** | |
| **Debtor** | |

## TRUSTEE'S LIMITED OPPOSITION TO MOTION OF DD DEVELOPMENT, LLC TO ALLOW BREAK-UP FEE

Now comes Gary M. Weiner, the duly appointed, qualified and acting Chapter 7 Trustee of the Estate of CHAPIN CENTER RE LLC ("Trustee") by and through his counsel, Weiner Law Firm, P.C., and hereby files this limited opposition to the Motion of DD Development, LLC, ("DD") to Allow Break-Up Fee ("Motion"). In response to DD's motion the Trustee responds as follows:

1. The allegations contained in Paragraph No. 1 are admitted.
2. The allegations contained in Paragraph No. 2 are admitted.
3. The allegations contained in Paragraph No. 3 are admitted.
4. The allegations contained in Paragraph No. 4 are admitted.
5. The allegations contained in Paragraph No. 5 are admitted.
6. The allegations contained in Paragraph No. 6 are admitted.
7. The allegations contained in Paragraph No. 7 are admitted.
8. The allegations contained in Paragraph No. 8 are admitted.
9. The allegations contained in Paragraph No. 9 are admitted.
10. The Trustee is in agreement that the purchase and sales agreement the Trustee executed with DD provided a breakup fee under which the bankruptcy estate would cover out of pocket expenses incurred by DD. The exhibits attached to DD's motion show that DD either entered into contracts or received invoices from various parties. The exhibits do not establish that DD paid those invoices. Additionally Exhibits 2[1] and 3 appear to be invoices prepared internally by DD and are not "out of pocket expenses" as

---

[1] DD Development's motion as filed with the court docket no. 63 did not include an invoice from DD Development for Michael Crouch Engineer which DD had provided to the Trustee prior to filing the Motion.

Case 23-30136 Doc 65 Filed 04/22/24 Entered 04/22/24 14:51:46 Desc Main
Document Page 2 of 3

Limited Opposition to DD Motion to Allow Break-Up Fee
In re: Chapin Center Re LLC
Chapter 7, Case No. 23-30136-EDK
Page 2

contemplated by the purchase and sales agreement referenced in paragraph 3 of DD's Motion.

11. The Trustee requests that DD provide proof that the expenses alleged in Paragraph No. 10 were paid by DD before the Court enters an order authorizing the Trustee to pay the breakup fee.

**WHEREFORE**, the Trustee requests:

1. That the Court enter an Order requiring DD to provide evidence establishing that DD paid the out of pocket expenses alleged in the Motion before an order authorizing payment from the Estate is entered; and

2. For such other and further relief as this court deems just.

Gary M. Weiner, Chapter 7 Trustee of
the Estate of Chapin Center Re LLC

/s/Gary M. Weiner, Esq.
Gary M. Weiner, Esq. BBO#548341
Robert E. Girvan, Esq. BBO#569063
WEINER LAW FIRM, P.C.
1441 Main Street, Suite 610
Springfield, MA 01103
Tel. No. (413) 732-6840
GWeiner@Weinerlegal.com
Date: April 22, 2024

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| In re | ) |
| | ) Chapter 7 |
| CHAPIN CENTER RE LLC | ) Case No. 23-30136-EDK |
| | ) |
| Debtor | ) |

# CERTIFICATE OF SERVICE

I, Gary M. Weiner, Esq. do hereby certify that on the 22nd day of April 2024, a copy of the Trustee's Limited Opposition to DD Development LLC's Motion to allow Break-up Fee was mailed via first class mail, postage pre-paid, or via electronic mail to the following:

Richard King, United States Trustee
USTPRegion01.W.O.ecf@USDOJ.GOV


Debtor's Counsel
Jonathan Horne, Esq.
jhorne@murthalaw.com

All other parties requesting electronic notice and to:

Hilco Real Estate, LLC
jcuticelli@hilcoglobal.com

Counsel to DD Development, LLC
Michael P. Ryan, Esq.
MRyan@crevierandryan.com
Crevier & Ryan, LLP
1500 Main Street, Suite 2316
PO Box 15727
Springfield, MA 01157-5727


/s/ Gary M. Weiner, Esq