

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | Chapin Center RE LLC | Ch. 7 |
| | | 23-30136-EDK |
| | Debtor(s). | |

## Proceeding Memorandum and Order

**MATTER:**
#63 Motion of DD Development LLC to Allow Break-Up Fee
#65 Objection filed by Chapter 7 Trustee

**Decision set forth more fully as follows:**

GRANTED IN PART; THE AMOUNT PERMITTED TO BE PAID IS $25,250.00, AND THE TRUSTEE MAY MAKE A DISTRIBUTION FORTHWITH.

Dated: 05/16/2024

By the Court,

_Elizabeth D. Katz_

_____

Elizabeth D. Katz
United States Bankruptcy Judge